UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:16-cv-10181-FDS

|  |  |
|---|---|
| DANNY WENG, CHRISTOPHER HART, MARKUS VALLASTER, SARAH ZESCH, JOHN STANTON, MICHAEL GOULD and COMMONWEALTH SECOND AMENDMENT, INC., <br> Plaintiffs, <br> v. <br><br> WILLIAM B. EVANS, in his Official Capacity as Commissioner of the Boston Police Department, and DANIEL C. O'LEARY, in his Official Capacity as Chief of the Brookline Police Department, <br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

**DEFENDANT DANIEL C. O'LEARY'S OPPOSITION AND CROSS MOTION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

The defendant Town of Brookline Police Chief Daniel C. O'Leary (Chief O'Leary), pursuant to Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of this Court, herby opposes plaintiffs' motion for summary judgment and cross-moves for summary judgement with respect to all of the claims contained in plaintiffs' Amended Complaint. Chief O'Leary respectfully requests that the plaintiffs' motion be denied and that his motion be granted. In support thereof, Chief O'Leary provides his response to Plaintiffs' Rule 56.1 Statement, his own Rule 56.1 Statement, his own affidavit, the affidavit of Sargent Christopher Malinn and Chief O'Leary's Memorandum of Law.

        Respectfully submitted,

        Defendant DANIEL C. O'LEARY in his
        Official Capacity as Chief of the Brookline
        Police Department,
        By his attorney,

           /s/ John Buchheit
        John J. Buchheit, Esq.
        Office of Town Counsel
        333 Washington Street, 6th Floor
        Brookline, MA 02445
        jbuchheit@brooklinema.gov
        617-730-2190
        BBO # 634717

Dated: October 6, 2017

## CERTIFICATE OF SERVICE

    I, John J. Buchheit, hereby certify that on this 6th day of October, 2017, I have served the foregoing document on all counsel of record by Electronic Mail.

           /s/ John Buchheit`