## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Michael Gould et al
        Plaintiff(s)

v.     CIVIL ACTION NO. 16-cv-10181-FDS

Daniel C. O'Leary et al
        Defendant(s)

## JUDGMENT IN A CIVIL CASE

U.S.D.J Saylor

\_\_\_\_    **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__X__   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

Plaintiffs' motion for summary judgment is DENIED. Defendants' motions for summary judgment are GRANTED.

ROBERT M. FARRELL
CLERK OF COURT

Dated: 12/5/2017          By /s/ Taylor Halley
                                                                       Deputy Clerk