# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANNY WENG; CHRISTOPHER HART; SARAH ZESCH; JOHN STANTON; MICHAEL GOULD; and COMMONWEALTH SECOND AMENDMENT, INC., <br><br>        Plaintiffs, <br><br>-against- <br><br>WILLIAM B. EVANS, in his Official Capacity as Commissioner of the Boston Police Department; and DANIEL C. O'LEARY, in his Official Capacity as Chief of the Brookline Police Department, <br><br>        Defendants, <br><br>-and- <br><br>COMMONWEALTH OF MASSACHUSETTS, <br><br>        Intervenor Defendant. | CIVIL ACTION NO. 1:16-cv-10181-FDS |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Danny Weng, Christopher Hart, Sarah Zesch, John Stanton, Michael Gould, and Commonwealth Second Amendment, Inc. hereby appeal to the United States Court of Appeals for the First Circuit from the Memorandum and Order and final judgment entered in this action on December 5, 2017 (Dkt. # 92 & 93).

Respectfully submitted,

THE PLAINTIFFS,
By their attorneys,

By: /s/ David D. Jensen
    David D. Jensen, Esq.
David Jensen PLLC
111 John Street, Suite 420
New York, New York 10038
Tel:  212.380.6615
Fax: 917.591.1318
david@djensenpllc.com

Patrick M. Groulx, Esq.
BBO No. 673394
Isenberg Groulx LLP
368 W Broadway, Suite 2
Boston, Massachusetts 02127
Tel:  617.859.8966
Fax: 617.859.8903
pmgroulx@gmail.com

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 7, 2017.

    /s/ David D. Jensen
    David D. Jensen, Esq.