# United States Court of Appeals
## For the First Circuit

No. 17-2202

MICHAEL GOULD, et al.,

Plaintiffs, Appellants,

v.

MARK MORGAN, in his Official Capacity as Acting Chief of the Brookline Police Department; WILLIAM G. GROSS, in his Official Capacity as Commissioner of the Boston Police Department; and COMMONWEALTH OF MASSACHUSETTS OFFICE OF THE ATTORNEY GENERAL,

Defendants, Appellees.

**JUDGMENT**

Entered: November 2, 2018

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's entry of summary judgment in favor of the defendants is affirmed.

By the Court:

Maria R. Hamilton, Clerk

cc:
Patrick Michael Groulx
David D. Jensen
John Ohlendorf
Peter A. Patterson
David H. Thompson
Timothy J. Casey
William W. Porter
Mark Christopher Fleming
Tasha J. Bahal
Eric Ross Cohen

Stephen P. Halbrook
John Parker Sweeney
Oramel H. Skinner III
Jonathan E. Simpson
John J. Buchheit
Deepak Gupta
Jonathan Taylor
Jeremy Feigenbaum
Adam D. Klein
Claudia Joy Demitro
Xavier Becerra
David Brendan Toscano
Antonio Perez-Marques
Sushila Rao Pentapati
Kevin Osowski
Anne Burton-Walsh
Simon J. Frankel
Ira M. Feinberg
Shaun Michael Donnelly
Matthew Michael McGarry
Peter Martin Geraghty