# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 4, 2019

Clerk
United States Court of Appeals for the First Circuit
United States Courthouse
1 Courthouse Way
Boston, MA  02210

     Re:  Michael Gould, et al.
            v. Mark Morgan, et al.
           No. 18-1272
           (Your No. 17-2202)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on April 1, 2019 and placed on the docket April 4, 2019 as No. 18-1272.

                               Sincerely,

                               **Scott S. Harris**, Clerk

                               by

                               Clayton Higgins
                               Case Analyst